**Entered on Docket**
**November 24, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB. F.K.A. WORLD
SAVINGS BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-S-09-27282-BAM<br>Chapter 7 |
| CHRISTOPHER MARCUS KRAWIEC AND<br>MARIA HELLEN KRAWIEC, | WACHOVIA MORTGAGE, FSB. F.K.A.<br>WORLD SAVINGS BANK'S ORDER<br>VACATING AUTOMATIC STAY |
| Debtor(s). | Date:   November 10, 2009<br>Time:  1:30 P.M. |

        A hearing on Secured Creditor Wachovia Mortgage, FSB. f.k.a. World Savings

Bank's Motion for Relief From the Automatic Stay came on regularly for hearing in the United

States Bankruptcy Court before the Honorable Bruce A. Markell.

1        The court having duly considered the papers and pleadings on file herein and

2    being fully advised thereon and finding cause therefor:

3        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

4    Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

5    Secured Creditor, of all its rights in the subject property, generally described as 2001 Turtlerock

6    Street, Las Vegas, Nevada 89142-1239, and legally described as follows:

7                   LOT TWO HUNDRED SEVEN (207) IN BLOCK
                 "F" OF LEWIS HOMES - SUNRISE VALLEY

8                   NO. 8-A, AS SHOWN BY MAP THEREOF ON
                 FILE IN BOOK 37 OF PLATS, PAGE 47 IN THE

9                   OFFICE OF THE COUNTY RECORDER OF
                 CLARK COUNTY, NEVADA, AND AMENDED

10                  BY THAT CERTAIN CERTIFICATE OF
                 AMENDMENT RECORDED JUNE 06, 1990 IN

11                  BOOK 900606 AS DOCUMENT NO. 00630.

12

13   APPROVED/DISAPPROVED

14   _____

15   DAVID A. ROSENBERG
    TRUSTEE

16

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐    Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒    Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11385
Attorney for WACHOVIA
MORTGAGE, FSB. F.K.A.
WORLD SAVINGS BANK